CITIZENS UTILITIES CO. OF CALIFORNIA *v.*
SUPERIOR COURT OF CALIFORNIA FOR
SACRAMENTO COUNTY ET AL.

No. 330.  Decided November 5, 1962.

*Alvin H. Pelavin* for appellant.

*Martin McDonough* for City of North Sacramento,
appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

BROOKSHIRE *v.* MISSOURI.

No. 351.  Decided November 5, 1962.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.